SUPREME COURT
FILED
FEB 27 2023
Jorge Navarrete Clerk

_____ Deputy

21-16528

S277120

# IN THE SUPREME COURT OF CALIFORNIA

---

ARMIDA RUELAS; DE' ANDRE EUGENE COX; BERT DAVIS; KATRISH JONES; JOSEPH MEBRAHTU; DAHRYL LAMONT REYNOLDS; MONICA MASON; LUIS NUNEZ-ROMERO; SCOTT ABBEY, Plaintiffs and Respondents,

v.

COUNTY OF ALAMEDA; GREGORY J. AHERN; ARAMARK CORRECTIONAL SERVICES, LLC, Defendants and Appellants.

---

On application of plaintiffs and respondents and good cause appearing, it is ordered that the time to serve and file the answer brief on the merits is extended to and including April 12, 2023.

GUERRERO

_____

*Chief Justice*

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 0 1 2023

FILED _____
DOCKETED _____
DATE    INITIAL