SUPREME COURT
**F I L E D**

MAY 22 2023

Jorge Navarrete Clerk

_____
Deputy

S277120

# IN THE SUPREME COURT OF CALIFORNIA

21- 16528

---

ARMIDA RUELAS; DE' ANDRE EUGENE COX; BERT DAVIS; KATRISH JONES; JOSEPH MEBRAHTU; DAHRYL LAMONT REYNOLDS; MONICA MASON; LUIS NUNEZ-ROMERO; SCOTT ABBEY, Plaintiffs and Respondents,

v.

COUNTY OF ALAMEDA; GREGORY J. AHERN; ARAMARK CORRECTIONAL SERVICES, LLC, Defendants and Appellants.

---

The application of ACLU, ACLU of Northern California, ACLU of Southern California, Fines and Fees Justice Center, Prison Law Office, Prison Policy Initiative, Roderick & Solange MacArthur Justice Center, and Worth Rises for permission to file an amicus curiae brief in support of respondents is hereby granted. (See Cal. Rules of Court, rule 8.520(f).)

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**MAY 24 2023**

FILED_____
DOCKETED_____
DATE          INITIAL

**GUERRERO**
_____
*Chief Justice*