SUPREME COURT
FILED

FEB 0 1 2024

Jorge Navarrete Clerk

S277120

# IN THE SUPREME COURT OF CALIFORNIA

Deputy

21-16528

ARMIDA RUELAS; DE' ANDRE EUGENE COX; BERT DAVIS; KATRISH JONES; JOSEPH MEBRAHTU; DAHRYL LAMONT REYNOLDS; MONICA MASON; LUIS NUNEZ-ROMERO; SCOTT ABBEY, Plaintiffs and Respondents,

v.

COUNTY OF ALAMEDA; GREGORY J. AHERN; ARAMARK CORRECTIONAL SERVICES, LLC, Defendants and Appellants.

The joint request of counsel for the County of Alameda, Gregory J. Ahern and Aramark Correctional Services, LLC in the above-referenced cause to allow two counsel to argue on behalf of appellants at oral argument is hereby granted. Gary A. Watt will be allocated 12 minutes and Kevin F. King will be allocated 18 minutes of the 30-minute allotted time for oral argument.



RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FEB 0 5 2024

FILED_____
DOCKETED_____
DATE _____ INITIAL

**GUERRERO**
*Chief Justice*